UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARVEY KENDRICK,** | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 06-122 (GK) |
| | : | |
| **JOHN E. POTTER, Postmaster General, U.S. Postal Service ,** | : | |
| | : | |
| Defendant. | : | |

## ORDER

In accordance with the Rules of the Court, Plaintiff must, no later than February 10, 2006, file with the Court his telephone number.

**SO ORDERED**, this 26th day of January, 2006.

/s/
Gladys Kessler
United States District Judge

**Copies to:**

Harvey Kendrick
2301 Penbrook Circle
Landover, Maryland  20785