PRAECIPE

# United States District Court
# for the District of Columbia

the ___10___ day of ___Feb___ 2006
19 ___

Harvey Kendrick

vs.

US Postal Svs Potter

Civil / Criminal
Action No. ___

C. Cladis Kessler
1:06-CU-00122-GK

The Clerk of said Court will ___File my phone___
___Numbers listed below___

10 Feb 2006

Date

BAR IDENTIFICATION NO.

475 L'Enfant Plaza
W. DC 20660

**RECEIVED**

FEB 1 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_Signature_

Harvey Kendrick

Print Name

2801 Penbrook circle

Address

Landover MD 20785

City                State        Zip Code

(301) 257-3966

Phone Number (3) 773-5505

## CERTIFICATE OF SERVICE

I, Harvey Kendrick will mail a copy of This Praecipe to Potter. John E Potter Covert DDC US Postal Svs Will Send out on Feb 13, 2006 Baltimore Ave