UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
HARVEY KENDRICK,              )
      Plaintiff,              )
                              )
 v.                           )    Civil Action No.
                              )    06-122 (GK)
JOHN E. POTTER,               )
   in his official capacity   )
   as Postmaster General,     )
         Defendant.           )
_____)
```

**O R D E R**

On January 23, 2006, Plaintiff filed this action pro se, alleging employment discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., and the Rehabilitation Act of 1973, 29 U.S.C. §§ 705 et seq.. See Compl. ¶¶ 1-2. To date, Plaintiff has failed to effect service of process on Defendant or to otherwise move the above-captioned case forward. When, as here,

> service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).

Accordingly, it is hereby

**ORDERED** that Plaintiff show cause no later than **July 17, 2006**, why the Complaint should not be dismissed for failure to prosecute.

If Plaintiff fails to respond on or before that date, the Complaint will be dismissed without prejudice.

|  |  |
|---|---|
| June 14, 2006 | /s/<br>Gladys Kessler<br>United States District Judge |

**Copies to**: attorneys on record via ECF and

**HARVEY KENDRICK**
**2301 Penbrook Circle**
**Landover, MD 20785**