UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
HARVEY KENDRICK,            )
       Plaintiff,           )
                            )
  v.                        )    Civil Action No.
                            )    06-122 (GK)
JOHN E. POTTER,             )
   in his official capacity )
   as Postmaster General,   )
       Defendant.           )
_____)

## O R D E R

On January 23, 2006, Plaintiff filed this action pro se, alleging employment discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq., and the Rehabilitation Act of 1973, 29 U.S.C. §§ 705 et seq.. See Compl. ¶¶ 1-2. Plaintiff failed to execute proper service of process on Defendant within the deadline set forth in Federal Rule of Civil Procedure 4(m), and, accordingly, on June 14, 2006, the Court ordered Plaintiff to show cause why the case should not be dismissed for failure to prosecute. Plaintiff responded on July 17, 2006.

Upon consideration of Plaintiff's response, and particularly his claim to have recently served Defendant by certified mail, it is hereby

**ORDERED** that, **no later than September 1, 2006,** Plaintiff shall file an affidavit, with supporting documentation, demonstrating that Defendant has received service of process. If Plaintiff fails

to do so, this case will be dismissed without prejudice on that date.

July 31, 2006

/s/
Gladys Kessler
United States District Judge

**Copies to**: attorneys on record via ECF and

**HARVEY KENDRICK**
**2301 Penbrook Circle**
**Landover, MD 20785**