August 22, 2006

Harvey Kendrick, Jr.                    Civil Action No.  06-122(GK)
805 19th St, NE
Washington, DC  20002
Plaintiff

Vs.

John E. Potter
Postmaster General
U. S. Postal Service
475 L'Enfant Plaza
Washington, DC  20260
Defendant

RECEIVED
SEP 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In answer to Order, enclosed are the receipts of service.

Harvey Kendrick

The USP SVC and US Attorney on a conferance Call Said that I could use ~~enclosed~~ form for Proff of SUC.

The US Attorney General Said They recive Paper But could not give me proof I would Have to Have an Attorney, But They do acklnolege Svc being made.
Mine were lost after Girl friends Car was Vadolized.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED

2006 JUL 21 P 1: 57

Harvey Kendrick

**SUMMONS IN A CIVIL CASE**

V.

John Potter

CASE NUMBER:

1: 06 - CU - 00122 - GK

TO: (Name and address of Defendant)

United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530-0001

YRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ▮▮▮▮▮▮▮ (name and address)

Mr. Harvey Kendrick
805 19th Street # 204, N.E.
Washington, DC 20002

RECEIVED BY:
R. Roy
7/21/06

an answer to the complaint which is served on you with this summons, within _____60_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                   6/12/2006

CLERK                                                                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

**G**  Served personally upon the defendant.  Place where served: _____

_____

**G**  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G**  Returned unexecuted: _____

_____

**G**  Other (specify): _____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                     Date                              *Signature of Server*


                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.