```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA

HARVEY KENDRICK,                    )
                                    )
        Plaintiff,                  )
                                    )
    v.                              ) Civil Action No. 06-122 GK
                                    )
JOHN E. POTTER, Postmaster General  )
   Of the United States             )
                                    )
        Defendant.                  )
_____)
```

## PRAECIPE

The Clerk will please enter the appearance of Assistant United States Attorney W. Mark Nebeker as counsel for defendant in this action.

                                    Respectfully submitted,

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Praecipe has been made by mailing a copy thereof to:

HARVEY KENDRICK
2301 Penbrook Circle
Landover, MD  20785

on the 18th day of September, 2006.

```
                                    _____
                                    W. MARK NEBEKER, DC Bar #396739
                                    Assistant United States Attorney
                                    Civil Division
                                    555 4th Street, N.W.
                                    Washington, DC  20530
                                    (202) 514-7230
```