UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HARVEY KENDRICK,                    )
                                   )
        Plaintiff,                 )
                                   )
    v.                             ) Civil Action No. 06-122 GK
                                   )
JOHN E. POTTER, Postmaster General )
  Of the United States             )
                                   )
        Defendant.                 )
_____    )

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

        Defendant in the above-captioned case hereby moves, pursuant
to Rule 6(b) of the Federal Rules of Civil Procedure, for an
enlargement of time within which to respond to the Complaint in
this action, up to and including October 10, 2006.  Plaintiff has
indicated that he has no objection to this extension of time.

        This request is made because counsel for Defendant is
awaiting information from the agency, which information has not
yet been received.  In addition, counsel has numerous other
unrelated civil actions and matters that will require his
attention in the coming weeks.  These and other responsibilities
will not allow completion of the needed response in advance of
October 10, 2006.  Accordingly, Defendant asks for this

enlargement of time to complete the response to the Complaint in the instant action.  A proposed Order consistent with this motion is attached.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney


_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

HARVEY KENDRICK
2301 Penbrook Circle
Landover, MD  20785


on the 18th day of September, 2006.


_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230