```
           UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF COLUMBIA
```

HARVEY KENDRICK,              )
                                                      )
       Plaintiff,            )
                                                      )
  v.                          ) Civil Action No. 06-122 GK
                                                      )
JOHN E. POTTER, Postmaster General )
  Of the United States        )
                                                      )
       Defendant.            )
_____)

## ORDER

UPON CONSIDERATION of Defendant's Unopposed Motion For An Enlargement Of Time, And Memorandum In Support Thereof, the grounds stated therefor, and the entire record herein, it is on this _____ day of _____, 2006, hereby

ORDERED that the said motion should be and hereby is granted; and it is

FURTHER ORDERED that the time within which Defendant may respond to the Complaint in this action be and is hereby enlarged up to and including October 10, 2006.


                                        _____
                                        UNITED STATES DISTRICT JUDGE

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

HARVEY KENDRICK
2301 Penbrook Circle
Landover, MD  20785