UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARVEY KENDRICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-122 GK |
| | ) |
| JOHN E. POTTER, Postmaster General | ) |
| Of the United States | ) |
| | ) |
| Defendant. | ) |
| | ) |

DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME,
AND MEMORANDUM IN SUPPORT THEREOF

Defendant in the above-captioned case hereby moves, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an enlargement of time of two additional weeks within which to respond to the Complaint in this action, up to and including October 24, 2006.  Plaintiff could not be reached by telephone to determine whether he has any objection to this extension of time.[1]

This request is made because counsel for Defendant is awaiting information from the agency, which information has been delayed because agency counsel has been called upon to assist in an emergency matter in another jurisdiction in which a motion for temporary restraining order has been sought and a hearing scheduled in mid-October.  In addition, undersign counsel is scheduled to be out of the office on the currently scheduled due

---

[1] Counsel attempted to reach plaintiff at two telephone numbers, but one was temporarily not in service and there was no answer at the other number, where no message could be left.

date of October 10, 2006.  Although he had anticipated filing a dispositive motion in this action before departing on Friday, October 6, 2006, he cannot complete the motion until all needed declaration are received.  These delays and other responsibilities of counsel will not allow completion of the anticipated motion to dismiss in advance of October 24, 2006.  Accordingly, Defendant asks for this enlargement of time to complete the response to the Complaint in the instant action.  A proposed Order consistent with this motion is attached.

                Respectfully submitted,

_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney

_____
RUDOLPH CONTRERAS, DC Bar #434122
Assistant United States Attorney

_____
W. MARK NEBEKER, DC Bar #396739
Assistant United States Attorney

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing Defendant's Motion For An Enlargement Of Time, And Memorandum In Support Thereof, and a proposed Order has been made by mailing copies thereof to:

HARVEY KENDRICK
2301 Penbrook Circle
Landover, MD  20785


on the 3rd day of October, 2006.

 

                                        _____
                                        W. MARK NEBEKER, DC Bar #396739
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, DC  20530
                                        (202) 514-7230