UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Harvey Kendrick,            )
                            )
       Plaintiff,           )
                            )
       v.                   )    Civil Action No. 06-0122 (GK)
                            )
John E. Potter,             )
   Postmaster General,      )
                            )
       Defendant.           )
                            )

**DECLARATION OF WILLIAM KATZ**

I, William Katz, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently employed by the United States Postal Service as Office in Charge of the Lanham Post Office in Maryland. I have held this position since May 2006. I was the Manager of Calvert DDC and/or Plaintiff's supervisor during the relevant time period subject to this Complaint.

2. Plaintiff was employed as a Labor Custodian, PS-3 at the Calvert facility in Hyattsville, Maryland from February, 12, 2004 to March 2005. He was terminated in March 2005 for being Absent without Leave.

3. Files related to Plaintiff's employment, which would be relevant to the above-captioned complaint, are or were housed in Hyattsville, Maryland.

4. The Hyattsville, Maryland, facility is the custodian of Plaintiff's supervisory, grievance and discipline files. I was involved in making decisions with respect to Plaintiff and he has relevant documents in the Hyattsville, Maryland facility.

5. I am aware of no documents relevant to Plaintiff's complaints regarding his employment at the Hyattsville, Maryland facility, which would be located in the District of Columbia prior to January 2006.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

　　　　　　　　　　　　　　　　　_[signature]_
　　　　　　　　　　　　　　　　　William Katz
　　　　　　　　　　　　　　　　　Officer in Charge – Lanham
　　　　　　　　　　　　　　　　　Post Office

Executed on this 19th day of October 2006.