UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Harvey Kendrick,            )
                            )
        Plaintiff,          )
                            )
    v.                      )   Civil Action No. 06-0122 (GK)
                            )
John E. Potter,             )
    Postmaster General,     )
                            )
        Defendant.          )
_____)

### DECLARATION OF LINDA CHILDS

I, Linda Childs, make the following Declaration in lieu of an affidavit, in accordance with 28 U.S.C. § 1746. I am aware that this Declaration will be filed in the United States District Court for the District of Columbia and that it is the legal equivalent of a statement under oath.

1. I am currently employed by the United States Postal Service as the Human Resources Generalist (Principal) for the Capital District. I have held this position since April 2006, prior to that I was the Human Resources Specialist since 1988.

2. Agency records indicate that Plaintiff Harvey Kendrick was employed was a Labor Custodian, PS-3 at the Hyattsville Post Office in Hyattsville, Maryland from February 7, 2004 to November 9, 2005. He was removed for being Absent without Leave.

3. Files related to Plaintiff's employment, which would be relevant to the above-captioned complaint, are or were housed in Hyattsville, Maryland between February 7, 2004 to November 9, 2005. Plaintiff's Official Personnel File was transferred to Washington DC in January 2006 and subsequently has been archived at the National Records Center, St. Louis, Missouri. Plaintiff's medical records are housed in the medical unit in Capital Heights, Maryland.

4. I am aware of no documents relevant to Plaintiff's complaints regarding his employment in Maryland, which would be located in the District of Columbia prior to January 2006.

I declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

_Linda Childs_
Linda Childs
Human Resources Generalist
(Principal)

Executed on this 19 day of October 2006.