```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

HARVEY KENDRICK,                )
                                )
        Plaintiff,               )
                                )
    v.                           ) Civil Action No. 06-122 GK
                                )
JOHN E. POTTER, Postmaster General )
    Of the United States         )
                                )
        Defendant.               )
_____)

## ORDER

UPON CONSIDERATION of the Defendant's Motion To Dismiss Or, In The Alternative, To Transfer, for the grounds stated therefor, and based upon the entire record herein, it is the _____ day of _____, 2006 hereby

ORDERED that defendant's motion should be and it hereby is granted; and it is,

FURTHER ORDERED that (plaintiff's Complaint be and hereby is dismissed) (plaintiffs' action be and is hereby transferred to the District of Maryland).

```
                          _____
                          UNITED STATES DISTRICT JUDGE
```

W. MARK NEBEKER
Assistant U.S. Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530

HARVEY KENDRICK
2301 Penbrook Circle
Landover, MD  20785