United States District Court
for the District of Columbia

RECEIVED
NOV 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Harvey Kendrick
Plaintiff;

V.

John E. Potter
Postmaster General
Defendant

Civil Action No. 06-0122
GK

This is in response to Defendant's motion to Dismiss or, in the alternitve, to Transfer

The Plainiff would like to keep the case in Washington DC District Court. I do not have the funds to refile any were else. I am not employed at this time.

I would further state that to my understanding my records are in DC at this time. at the OPM office in Bolding for Disability from post office which can be verified by Mrs Jordon off retirement and Disability Dept (202) 606-0207.

OPM address is as follows:
1900 E Street NW Washington DC
20415-100.

I would further state that I don't live in MD I've lived in Washington DC for the past few years after losing my home first at 820 Cheasapek Street a Shelter for Veterans and now at 805 19th Street NE Washington DC 20002. The Mailing address I use is my mother's 2301 Penbrookcircle because I've had problem recivieng made mail at the Shelter. and also this address so I use my mother I'll enclose a bill as proff of residents.

I would also like to ask that since I am unemployed could I be asigned ano a lawyer to help me I don't have any money and I know I'm in over my head with this but still want a fare chance at justise but will need help.

Thank you for your concideration in this matter.

Harvey Kendrick

*[signature]* Oct 1, 2006

I am sending a copy to:

US Attorney's office
555 Fourth Street N.W
Washington DC 20530

Assistant U.S. Attorney
Civil Division
555 4th Street NW
Washington DC 20530

# 1-800-RECONEX
*Because Everybody Needs A Phone.*

PO BOX 40
HUBBARD OR 97032

## Payment Reminder Coupon

| | |
|---|---:|
| Prepaid Services Number: | 498171958 |
| Phone Number: | 202-396-1926 |
| Account Number: | 12966521507 |
| Payment Due By: | 08/26/2006 |
| Balance Due: | $66.12 |
| Remit Amount: | $ _____ |

*Please make money orders payable to 1-800-RECONEX. Sorry - No Checks. Remember to mail your payment 7 days prior to the PAYMENT DUE BY date to ensure uninterrupted service*

Address Service Requested

7292000121 PRESORT MAAD P1 C3 <8345>
121 1 MB 0.326

HARVEY KENDRICK
OR CURRENT RESIDENT
805 19TH STREET NE APT 204
WASHINGTON DC 20002-4077

1-800-RECONEX
PO BOX 40
HUBBARD OR 97032-0040

---

*To ensure that your payment posts properly, please include the above portion with your payment in the envelope provided*

# 1-800-RECONEX
*Because Everybody Needs A Phone.*

| | |
|---|---:|
| Prepaid Services Number: | 498171958 |
| Phone Number: | 202-396-1926 |
| Account Number: | 12966521507 |
| Payment Due By: | 08/26/2006 |

## Summary of Charges

| | |
|---|---:|
| Directory Assistance | $7.50 |
| Customer Referral Credit | $0.00 |
| Governmental Taxes and Fees | $2.57 |
| Credit Balance | -$0.92 |
| Caller ID | $0.99 |
| Call Waiting | $0.99 |
| LNP Charge | $0.43 |
| SLC | $6.50 |
| Basic Phone Service | $48.06 |
| **Total** | **$66.12** |

## Important Messages

**GET FREE PHONE SERVICE**
Every time you refer a new customer to 1-800-RECONEX we will give you a FREE month of service.

Send us five customers in a month and get a FREE YEAR of Service!

## Payment Options

○ **To Pay by Debit Card, Credit Card or Check by Phone:** For Credit Card, Debit Card or Check by phone payments, call 1-800-275-8223. We will process your payment immediately.

○ **To Pay by Money Order** please allow plenty of mail time and send to: 1-800-RECONEX, PO BOX 40, Hubbard, OR 97032

○ **To Pay by Western Union** pick up the Gray Prepaid Services form. Your prepaid services number is listed above your phone number.

○ **To Pay by MoneyGram** pick up the ExpressPayment form. The Receive code is 1610. Be sure to put your 1-800-RECONEX account number on the form.

Please remember that in order to continue your telephone service, you must make all your monthly payments on time. Our PAY-AS-YOU-GO system will automatically discontinue service if your payment is not received by the due date above.



page 1 of 2     For Customer Information, please call **1-800-275-8223**