UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARVEY KENDRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-0122 (GK) |
| ) | |
| JOHN E. POTTER, ) | |
| Postmaster General, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for Defendant in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney William Mark Nebeker.

Respectfully submitted,

\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)


\_\_/s/_____
W. MARK NEBEKER, DC BAR # 396739
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, DC  20530
(202) 514-7230

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of May, 2007, I caused the foregoing *Substitution of Counsel* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

> HARVEY KENDRICK
> 2301 Penbrook Circle
> Landover, MD 20785

__/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)