**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
HARVEY KENDRICK                 )
                                )
        Plaintiff,              )
                                )
    v.                          )    Civil Action No. 06-122 (GK)
                                )
JOHN E. POTTER,                 )
POSTMASTER GENERAL              )
U.S. POSTAL SERVICE             )
                                )
        Defendant.              )
_____)
```

**ORDER**

Plaintiff Harvey Kendrick brings this action pro se against Defendant John E. Potter, Postmaster General of the United States Postal Service ("USPS"), alleging discrimination and retaliation in employment.  This matter is before the Court on Defendant's Motion to Dismiss or, in the Alternative, to Transfer [Dkt. No. 11].  Upon consideration of the Motion, Opposition, Reply, and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Transfer is **granted** and this case will be transferred to the United States District Court for the District of Maryland.


July 16, 2007                   /s/_____
                                Gladys Kessler
                                United States District Judge


**Copies to**: Attorneys on Record via ECF